1

2

3

4

5

6   JS 6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   Alberto Llamel Lozano-Lozano,        )        Case No.:  CR 09-1298 DSF
                                          )                   CV 11-3301 DSF
12              Petitioner,               )
                                          )
13         v.                             )        JUDGMENT
                                          )
14   United States of America,            )
                                          )
15              Respondent.               )
                                          )
16   _____        )

17

18         Pursuant to this Court's Order Denying Motion to Vacate, Set Aside, or

19   Correct Sentence Pursuant to 28 U.S.C. § 2255,

20         IT IS ORDERED AND ADJUDGED that this action is dismissed with

21   prejudice.

22         For the reasons stated in the Order, the Court finds that Petitioner has not

23   shown that "jurists of reason would find it debatable whether the petition  states a

24   valid claim of the denial of a constitutional right and jurists of reason would find it

25   debatable whether the district court was correct in its procedural ruling." Slack v.

26   McDaniel, 529 U.S. 473, 484 (2000); see also  Miller-El v. Cockrell, 537 U.S.

27   322, 336 (2003) (holding certificate of appealability will not issue unless

28   petitioner has made a substantial showing of the denial of a constitutional right);

     28 U.S.C. § 2253.

1      Therefore, a certificate of appealability is denied.

2

3

4              4/9/12

5    Dated: _____          _____
                                        Dale S. Fischer
6                                       United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2